United States District Court
Southern District of Texas
**ENTERED**
September 23, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GULF CRANE SERVICES, INC. and C & D PRODUCTION SPECIALIST CO., INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-1343 |
| TOTAL SAFETY U.S., INC., | § § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 137) dated August 22, 2019, Plaintiffs' Objection thereto, and defendant's Response, the court concludes that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** this 23rd day of September, 2019, at Houston, Texas.

                                                                   _____
                                                                   SIM LAKE
                                                                   SENIOR UNITED STATES DISTRICT JUDGE